1  THOMAS W. VELARDE
   3954 Anastasia Street
2  San Diego, California 92111
   858-278-7331
3

FILED

2012 APR 26  PM 3: 42

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY;

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12

13  THOMAS W. VELARDE,

14              Plaintiff.

15       vs.

16  HEARTLAND CHRISTIAN
    HOMESCHOOLING CENTER, INC. (Private
    Business)
17

    Lynda J. Hansen(Principle)
18
    Tricia Stensrut(Administrator)
19
              Does 1-09.
20

21              Defendants.

22

23

24

)  Case No.: 12 CV 1 0 3 2 JAH BGS
)  **TITLE 42 USC 1981:**
)
)  EQUAL RIGHTS UNDER THE LAW
)      a)  Statement of Equal Rights
)      b)  "make and enforce contracts"
)      c)  Protection against impairment
)
)  Public Health and Welfare;
   Chapter 13, school lunch programs

   **TITLE 20 1221-1;**
   Equal Educational Opportunify,
   1,2.

)  **TITLE1232-H;**
)  Protection of Pupil Rights

   A).. Inspection of instructional materials
          By parents.
   B). 7,
          No student shall be required to explain
          Religious practices or beliefs.
   **ICWA 1981.**

   DEMAND FOR JURY TRIAL

25              **TO ALL PARTIES;**

26       **PLEASE TAKE NOTICE.**

27                   **COMPLAINT**

28

- 1 -
(COMPLAINT)

1    I, THOMAS WAYNE VELARDE, bring forth a civil rights complaint against the

2    Following parties. The complaint is rooted in the actions taken by Heartland

     Christian Homeschool Center, Inc. and its business representatives.

3         Business Representatives of Heartland Christian Homeschool Center, Inc.

4         Business address; 3327 Kenora Dr., Spring Valley, Ca. 91977.

5              *First party; Mrs. Lynda J. Hansen, School Principle.

              *Second party; Mrs. Tricia Stensrut; School administrator.

6

7                   ACTIONS TAKEN AGAINST PLAINTIFF

8    In a response letter (exhibit 4), Lynda J. Hansen, School Principle takes

     The legal position that I have no right to anything concerning a student

9    At their school. Even though, I am the legal father of Kameron Thomas

10   Velarde Lefton; age 9, fourth grade. Their position, I am at the mercy of

11   The Mother for information.

                              Title 42 USC 1981;

12                             First Argument:

13   PARAGRAGH C; the rights protected by this section are against

14                  impairment by "by nongovernmental discrimination

                   and impairment under color of state Law.

15

16   The school administrator is referring to a State document for her decision.

17

                              Second argument;

18                        California Civil Code 1586;

19        A proposal may be revoked at any time before its acceptance

20        Is communicated to the proposer, "but not afterwards".

21

     Lynda J. Hansen, School principle did comply for the first and

22   Second years of the minor attending school with information

     And records. Then choose to refuse information on the child's

23   Third and fourth school years.

24

25

26

27

28

                                   - 2 -

1

**PLAINTIFF'S Legal Documents**

2

3

Filed and established on January 22, 2010, pursuant to

4

California Rules of Court; Rule 5.134(a)

5

4). A judgment establishing parental relationship.

(on form FL-190)

6

Court Orders issued on July 27, 2009 and July 14, 2011; In Department 3,

7

Before Judge Patricia Garcia and Judge Maureen F. Hallahan, in the

8

Superior Court in the County of San Diego

9

**

First claim: immunity from Superior Court orders based on private rights of

10

Property and religious teachings. Further, claiming The State of

11

California has no legal right to allow the petitioner to be involved

with the education of his minor child. The name of the child

12

attending Heartland Christian Homeschool Center, Inc. is Kameron

13

Thomas Velarde Lefton, age 9, fourth grade. Born in San Diego

14

on July 18, 2002.

15

       A.   No right to school records.

       B.   No involvement with class materials.

16

       C.   No attending any events related to the child.

17

       D.   Private property_ No Admittance

       E.   No need for nutrious lunches

18

       F.   No need for medical providers for students

19

       G.   Sub quality of resources

20

21

Second claim: The federal government has no legal right to insist on Parental

22

Involvement by Plaintiff, regardless of state's determination of

23

Legal paternity.

24

Please take further notice;

25

26

The representatives of this private business, operating as the

Primary educational institution for minor child is not subject

27

to Federal Standards of "Equal Education". TITLE 20 USC 1221-1.

28

- 3 -

(COMPLAINT)

1               **National Policy With Respect To Equal Educational Opportunity**

2               2) Declares it to be the policy of the United States of America

                    that "every citizen is entitled to an education to meet his

3                   or her full potential without financial barriers".

4

5 **PLEASE TAKE FURTHER NOTICE:**

                            **\*\***

6                 **CLAIM FOR RELIEF Title VIII, Rule 71**

7      **The right to an equal education, the right of a parent to be involved with**

8     **The education of his own son has been legal established in this Jurisdiction.**

                   **WITHOUT THE FEDERAL COURT**

9      **The innocent and helpless nature of a minor will be directed away from**

10     **his father and his full potential to learn will be hindered in 5th grade,**

11     **sixth grade, 7th grade, 8th grade, 9th grade, 10th, 11th grade and finally,**

12     **12th grade. A human life directed and raised solely to serve a private**

                       **Church and group.**

13    **This is not allowed by Federal Law, but can be accomplished if no one**

14                    **speaks for the child.**

15                     **42 USC 1981**

16               **EQUAL RIGHTS UNDER THE LAW**

17

18         **(a) All persons within the jurisdiction of the United States**

                **Shall have the same right in "every state" to make and enforce**

19              **Contracts.**

20

                   **PLEADING FOR RELIEF**

21                       **Jurisdiction**

22    **Heartland Christian Homeschool Center, Inc. is a private business**

23    **Operating as a school. Located in the San Diego County, in the area**

               **known as Spring Valley, California.**

24    **The Family Law division of Superior Court in the County of San**

25    **Diego is within the same jurisdiction. Is granted pursuant to**

26    **Rule 5.210(a) Authority under article VI, section 6 of the California**

     **Constitution. Family Codes; sections 211, 3160, and 3162(a).**

27    **Also, Rule 5.120(b) describes the purpose, and (c) introduces the**

28    **Definition of "Parenting Plan".**

- 4 -

(COMPLAINT)

1

2

## Authority

The school without showing legal cause has taken the position
3

The legal father; Thomas W. Velarde will not be allowed access
4

To records of progress, report cards, student materials,
5

school events or anything else that involves his son going to this
6

school. At the same time, the owners of this school, and its

representatives, take the position that equal resources for its
7

students cannot be directed by Federal Laws.
8

They claim sovereignty over their students regardless of State,

County or Federal Laws to the contrary. I believe in this instance
9

A violation of Civil Codes; 1565, 1573; and more directly 1575;
10

Where an "undue influence exist" on the Administrator.
11

Derived by the pressures exerted by Twila Lefton, grandmother,

And Student Director, Thomas Lefton, Uncle and maintenance man
12

Tricia Stensrut (a.k.a. Tricia Lefton), sister and Records' Administrator
13

14

### Further pleading for relief;
15

16

I believe this institution should have to prove in a Court of Law,

Their decisions supported by Federal Statutes and California
17

State Laws.
18

### PLAINTIFF'S ARGUMENT
19

The process to establish legal rights as a parent in San Diego County
20

Is accomplished through Mandatory procedures and attendance in

The Family Division of the Superior Court.
21

All stages of the process to established a parental-child relationship
22

Are governed by Law.
23

24

* First, California Rule of Court, Rule 5.134(4)

* Second, CRC, Rule 5.210, Responsibilities of Mediation process,
25

section (d), (e) 1, a review of the intake forms.
26

*Third, San Diego Superior Court Local Rules; 5.10.1; declare it

Mandatory to participate child-custody mediation session.
27

*Fourth, SDSCLR 5.10.3, also address the mandatory nature of
28

Creating a contract for parenting the child

- 5 -

"Parenting Plan". Found in sections (a), (d) and (f),
Including form SDCS FCS-02, intake information.
*Fifth, found CRC rule 5.120(d) Responsibility for Mediation Services
(2) Each court-connected mediator must:
(c) Use reasonable efforts and consider safety issues to;
(ii) Develop a comprehensive parenting agreement that
Addresses each child's "current and future"
Developmental needs.
(iii) Control for potential power imbalances between parties.

**

The State of California, pursuant this Rule takes the question of
Education of the minor child and legal involvement of both parents
Into Legal consideration.
** Rights granted to parents after the establishment of parental-child
relationship –Entry of Judgment(fl-190), includes by not limited
to…
1. The education of the minor child.
2. Right to succession of property.
3. Transfer of minor child in case of emergency.

The only question to the Court;    Whose authority is at work?

1.   The private business or 2. The State of California?

Also in the least, pursuant Indian Child Welfare Act, an inquire into
The ethnicity and cultural valves of the minor is allowed by State Courts
Found in the California Rules of Court, Rule 5.120, paragraph H, sentence 11
The cultural and ethnicity of the child is included.
*A timely review of this law is in order, I believe after the changes that
have occurred since the introduction of Indian gaming-things have changed.

Conclusion, The Constitution of the United States through the 14th Amendment,
Protects The Rights of Parents. The State of California has the Legal
Right to enter into a valid contract with Plaintiff concerning
the Health, Welfare  and Education of his own child.
A private business operating as a school cannot without
Legal grounds for its behavior claim immunity from State
and Federal Laws. What's the answer, if this loophole is
not addressed, any child can be removed from a public school
and isolated from the other parent by privacy rights of the
new school.

Lastly, the use of 911 services as the only solution to emergency for students attending
Heartland Christian Homeschool Center, Inc. blurs the line of complete independence
from State and Federal assistance.

DATED: April 24, 2012

THOMAS WAYNE VELARDE
In Pro Per

- 7 -
(COMPLAINT)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LIST OF EXHIBITS

Filed and stamped in the Family Division of the Superior Court in the County of San Diego.

1.  FL_190, filed January 22, 2010/ Notice of Entry of Judgment; number 6, Parent-Child
Relationship.

2. Parenting Plan, By Diana Figueroa, Family Court Service Counselor; case D512372,
Filed and stamped, same jurisdiction, July 13, 2009.

3. Parenting Plan, paragraph 2, July 10, 2009, submitted Diana Figueroa, FCS Counselor.

"Each parent shall have access to medical and school records
Pertaining to the child and may consult with any professionals
Involved with the child.

It is each parent's responsibility to request school calendars,
progress reports, report cards and parent-teacher conferences
"directly from the school".

4.  Letter from Heartland Christian Homeschool Center, Inc., Dated November 09, 2011

Authored by Lynda J. Hansen, School Principle.

Note*Tammy Kathrine Lefton, The person Ms. Hansen refers to, was described in Department 3,

Family Court, Before Judge Maureen F. Hallahan on March 25, 2011, by Diana Figueroa,

Family Court Services, Counselor and author of the parenting plan. Duly sworn in to testify

Truthfully; That Ms. Lefton, "WAS NOT IN COMPLIANCE".

She will never comply, (Complete Transcripts from March 25, 2011-Availible). Simply

Because, No one can force her and there is no actual person responsible, she understands

This, combined with her religious beliefs and the power of a church group behind her,

This becomes a very delicate living condition for the child. This situation doesn't have to

End perfect for this family, only ends the way their religious beliefs dictate, I live in fear of

What may happen or has already happened. A daily torture for myself and family, please

Help stop this abuse of the Law by one person. Tammy K. Lefton, mother.

- 8 -
(COMPLAINT)

MEMORANDUM
OF
POINTS AND AUTHORITIES

Constitutions

Article 6, section 6, California Constitution

U.S. Constitution, 14th Amendment, Due-process Clause

Cases

Troxel v. Granville (2000) 530 U. S. 57, 66, 120 Supreme Court 2054, 147 L. Ed 2nd 49.

Hogoboom v. Superior Court (1996) 51 Cal App. 4th, 653, 661-671. 59 Cal. Rptr. 2nd 254.

In Re marriage of Mathews(1980) 101 Cal App. 3rd 811, 816-817. 161 Cal. Rptr. 879.

Odell v. Lutz (1947) 78 Cal. App. 2nd 104, 106. 177 P. 2nd 628.

Stanley v. Illious(1972) 405 U.S. 645, 649-659. Supreme Court 1208.31 L. Ed. 2nd 55.

In Re Marriage of La Musga(2004) 32 Cal 4th. 1072, 1095. 12 Cal. Rptr. 3rd 356. 88 p. 3rd.

Karlson v. Supreme Court(Cannonball Acquisitions') Supra 139 Ca. 4th 1530. 43 CR 3rd 740.

FAMILY CODES

3011(E) 1, 3160, 3162, 4056
Case :Taber v. Taber (1930)
3020; It is the policy of California to assure children frequent and continuing contact with
    both parents… .
3040 (a) 1. In making order for custody to either parent, the court must consider which parent
    is most likely to allow the child frequent and continued contact.(Wilson v .Shea
    2001) 87 Cal App.4th 887,893.104 Cal Rptr. 2nd 444. 913 P. 2nd 473.
In Case D512372; The opposite occurred. The parent insisting on complete concealment was
    awarded custody. I'm fighting a family that planned and continues to disobey any
    outside authority. Except now they believe they have legal authority, The true
    intention for Family Codes 3020 and 3040 )a) 1.. Was to offer balance to such
    behavior.

California Codes of Civil Procedure
3517, 3520
PATERNITY

CCP 3517; "No one can take advantage of his or her own wrong". Forcing others to assist in the
    concealment of a child. Administrators of child school. Family members of Tammy K.
    Lefton.
CCP 3520; "No one should suffer by the acts of another'. What reason for complete concealment of
    Child. Hiding something, the father would recognize as wrong? The intention behind
    this code.

- 9 -
(COMPLAINT)

FL-190

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) <br> STANWOOD C. JOHNSON    SBN: 8 013 <br> ATTORNEY AT LAW <br> 767 HAZARD CENTER DRIVE <br> SUITE 1550 <br> SAN DIEGO, CA 92108 <br>   TELEPHONE NO. 619-563-8992    FAX NO. (Optional) 619-260-6154 <br> E-MAIL ADDRESS (Optional): <br>   ATTORNEY FOR (Name) PETITIONER | FOR COURT USE ONLY <br><br> **FILED** <br> SAN DIEGO SUPERIOR COURT <br><br> JAN 2 2 2010 <br><br> CLERK OF THE SUPERIOR COURT <br> BY      L. MOFFETT |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
   STREET ADDRESS 1501 SIXTH AVE
   MAILING ADDRESS SAME
   CITY AND ZIP CODE SAN DIEGO, CA 92101
   BRANCH NAME FAMILY LAW

PETITIONER: TAMMY LEFTON

RESPONDENT: THOMAS VELARDE

| NOTICE OF ENTRY OF JUDGMENT | CASE NUMBER: <br> D512372 |
|---|---|

You are notified that the following judgment was entered on (date): 1-22-10

1. [  ] Dissolution
2. [  ] Dissolution—status only
3. [  ] Dissolution—reserving jurisdiction over termination of marital status or domestic partnership
4. [  ] Legal separation
5. [  ] Nullity
6. [ X ] Parent-child relationship
7. [  ] Judgment on reserved issues
8. [  ] Other (specify):

Date: 1-22-10

LINDA MOFFETT

Clerk, by _____, Deputy

— NOTICE TO ATTORNEY OF RECORD OR PARTY WITHOUT ATTORNEY —

Under the provisions of Code of Civil Procedure section 1952, if no appeal is filed the court may order the exhibits destroyed or otherwise disposed of after 60 days from the expiration of the appeal time.

STATEMENT IN THIS BOX APPLIES ONLY TO JUDGMENT OF DISSOLUTION

Effective date of termination of marital or domestic partnership status (specify): N/A
WARNING: Neither party may remarry or enter into a new domestic partnership until the effective date of the termination of marital or domestic partnership status, as shown in this box.

CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of the Notice of Entry of Judgment was mailed first class, postage fully prepaid, in a sealed envelope addressed as shown below, and that the notice was mailed
at (place): 8710 P/EBO              , California, on (date): 1-22-10

LINDA MOFFETT

Clerk, by _____, Deputy

Date: 1-22-10

| Name and address of petitioner or petitioner's attorney: <br> STANWOOD C. JOHNSON, CFLS <br> 767 HAZARD CENTER DRIVE <br> SUITE 1550 <br> SAN DIEGO, CA 92108 | Name and address of respondent or respondent's attorney <br> THOMAS VELARDE (RESPONDENT) <br> 3954 ANASTASIA STREET <br> SAN DIEGO, CA 92111 |
|---|---|

Page 1 of



# SUPERIOR COURT OF SAN DIEGO   F3
## FAMILY COURT SERVICES

July 10, 2009

F I L E D
Clerk of the Superior Court

JUL 1 3 2009

By: L. BRINK, Deputy

### DATE OF HEARING: July 27, 2009

TO:       Department F3, Superior Court                **D-512372**

FROM:     Diana Figueroa, Counselor
          Family Court Services

RE:       Parenting Plan

OF:       Kameron Thomas Velarde Lefton, DOB: 7/18/02
                              (Age: 7 years, 0 months)


          Mother: Tammy Lefton
          Father: Thomas Velarde

Department F3, Supe .o_ Court                     July 10, 2009
RE: Velarde / Lefton / D-512372                        Page 7

## RECOMMENDATION:

1.  Legal custody of the child shall be with the mother, who shall be responsible for decision-making regarding the child's health, education and welfare and shall keep the other parent informed of all decisions made.

2.  Each parent shall have access to medical and school records pertaining to the child and may consult with any professionals involved with the child. It is each parent's responsibility to request school calendars, progress reports, report cards and parent-teacher conferences directly from the school.

3.  The child's primary residence shall be with the mother.

4.  The father shall have supervised visits with the child up to 6 hours each week. Supervision shall be by a professional supervisor or another person mutually agreed upon by the parents. A list of supervisors may be obtained from Family Court Services.

5.  There shall be reasonable telephone contact between the child and parents when in the other parent's care.

6.  Neither parent shall make negative statements about the other parent in the presence or hearing of the child or question the child about the other parent. The parents shall communicate directly with each other in matters concerning the child and shall not use the child as messenger between them. The child shall not be exposed to court papers or disputes between the parents, and each parent shall make every possible effort to ensure that other people comply with this order.

7.  Each parent shall always keep the other informed of his/her address and telephone numbers and shall notify the other parent within 24 hours of any changes.

8.  Neither parent shall schedule activities for the child during the other parent's scheduled parenting time without the other parent's prior agreement.

9.  Neither parent shall move the residence of the child out of San Diego County without giving the other parent a 45-day advance written notice and obtaining the other parent's



**_Heartland Christian Homeschool Center, Inc._**

_3327 Kenora Drive • Spring Valley, CA  91977 • (619) 461-7220 • Heartland-Christian.com_

November 9, 2011

Re: Kameron Thomas Velarde Lefton

Dear Mr. Velarde,

This letter is in regard to the letter sent and dated  November 4, 2011.

We have a legal paper from Kameron's mother, Tammy Lefton, stating that she has custody of
the child and that she is responsible for decision-making regarding the child's health, education
and welfare.  It also states that information about these decisions will come from Tammy to you.
Therefore, all information regarding Kameron will have to go though Ms. Tammy Lefton.

Sincerely,

Lynda J Hansen
Heartland Christian Homeschool Center, Inc.
3327 Kenora Dr.
Spring Valley CA 91977
619-461-7220
lhansen@hchcinc.sdcoxmail.com

## I. (a) PLAINTIFFS

Thomas W. Velarde

### (b) County of Residence of First Listed Plaintiff    SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

### (c) Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS

Heartland Christian Homeschool Center, Inc. Lynda L. Hansen/Tricia Stensrut

County of Residence of First Listed Defendant    SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

12 CV 10 3 2 JAH BGS

DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plai (For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

*PERSONAL INJURY*
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage - Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- *Habeas Corpus:*
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization 
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determina Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to Distri Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
TITLE 41 USC 1981 28:1331 - Fed. Question (Vann)

Brief description of cause:
Private school refusing legal father access to school records

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 100.000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD    Thomas W. Velarde

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

